IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, for the use of CONSOLIDATED CONCRETE, L.L.C., | ) ) ) ) | Case No. 8:16-cv-03067 |
| Plaintiff, | ) ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | ) ) | |
| HARDING ENTERPRISES, LLC, and THE HANOVER INSURANCE COMPANY, | ) ) ) | |
| Defendants. | ) | |

NOW ON this 23rd day of December, 2016, this matter came before the Court on the Joint Stipulation to Dismiss with Prejudice filed by the parties in this lawsuit. The Court, being fully advised in the premises, finds the Joint Stipulation should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED BY THE COURT that the Plaintiff's Complaint, and any amendments thereto, against the Defendants is hereby dismissed with prejudice, with the complete record waived and with each party to pay its own attorney fees and court costs.

Dated this 27th day of December, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

PREPARED BY:
Jordan W. Adam, #23723
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
Telephone: (402) 341-6000
Facsimile: (402) 341-8290
ATTORNEY FOR DEFENDANT
15637-56278/1554138